UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUTIERREZ,<br><br>　　　　Defendant. | Case No. 23-cv-06311-HSG<br><br>**ORDER CLARIFYING FILING OBLIGATION; SUA SPONTE GRANTING EXTENSION OF TIME TO PAY FILING FEE IN FUL; DIRECTIONS TO PRISON TRUST ACCOUNT OFFICE**<br><br>Re: Dkt. No. 37 |

　　　　Plaintiff has requested that the Court clarify his filing fee obligation, stating that the prison trust account office has continued to deduct monies from his trust account despite the revocation of *in forma pauperis* status. Dkt. No. 37. The Court GRANTS the request for clarification of the balance remaining on his filing fee obligation. As of June 6, 2025, Plaintiff has paid $192.95 towards his filing fee obligation. The balance remaining is therefore **$212.05**. The Court *sua sponte* GRANTS Plaintiff an extension of time to June 30, 2025, to pay the remaining filing fee obligation. If the remaining filing fee obligation – **$212.05** – is not received by this date, the Court will dismiss this action without prejudice.

　　　　In light of the Court's March 17, 2025 Order revoking Plaintiff's *in forma pauperis* status, Dkt. No. 34, the Court ORDERS the prison trust account office to cease deducting monies from Plaintiff's trust account to pay for the filing fee obligation in this case. The Court ORDERS the Clerk to send courtesy copies of this order and of Dkt. No. 34 to the California Department of Corrections and Rehabilitation (CDCR) via email at trusthelpdesk@cdcr.ca.gov; and to the Court's financial office via email at CAND_Finance@cand.uscourts.gov.

//

1   This order terminates Dkt. No. 37.

2   **IT IS SO ORDERED.**

3   Dated: 6/12/2025

4   _____
HAYWOOD S. GILLIAM, JR.
5   United States District Judge