UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUTIERREZ,<br><br>　　　　Defendant. | Case No. 23-cv-06311-HSG<br><br>**ORDER GRANTING FINAL EXTENSION OF TIME TO PAY FILING FEE IN FULL; DIRECTING PRISON TRUST ACCOUNT OFFICE TO CEASE DEDUCTING MONIES FOR FILING FEE**<br><br>Re: Dkt. Nos. 39, 40, 41 |

Good cause being shown, the Court GRANTS Plaintiff's requests for an extension of time to pay the filing fee. Dkt. Nos. 39, 40, 41. As of today's date, Plaintiff has paid $232.95 towards his filing fee obligation. The balance remaining is therefore **$172.05**. The Court GRANTS Plaintiff a final extension of time to August 15, 2025, to pay the remaining filing fee obligation. If the remaining filing fee obligation – **$172.05** – is not received by this date, the Court will dismiss this action without prejudice. **No further extensions of time to pay the filing fee will be granted.**

On March 17, 2025, the Court revoked Plaintiff's *in forma pauperis* status and ordered the trust account office to cease deducting monies from Plaintiff's trust account to pay for the filing fee obligation in this case. Dkt. Nos. 34, 38. However, it appears that the prison trust account office has continued to debit Plaintiff's account for the filing fee, as the Court received a $30 payment on May 13, 2025; and a $40.00 payment on July 21, 2025. **The Court once again ORDERS the prison trust account office to cease deducting monies from Plaintiff's trust account to pay for the filing fee obligation in this case.** The Court ORDERS the Clerk to send courtesy copies of this order and of Dkt. No. 34 to the California Department of Corrections and

Rehabilitation (CDCR) via email at trusthelpdesk@cdcr.ca.gov; and to the Court's financial office via email at CAND_Finance@cand.uscourts.gov.

This order terminates Dkt. Nos. 39, 40, 41.

**IT IS SO ORDERED.**

Dated:  July 23, 2025

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge