UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETUATE SEKONA,<br><br>        Plaintiff,<br><br>    v.<br><br>GUTIERREZ,<br><br>        Defendant. | Case No. 23-cv-06311-HSG<br><br>**ORDER ADDRESSING PENDING MOTIONS; SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 43, 44, 46, 48 |

Plaintiff, an inmate housed at Valley State Prison, has filed a *pro se* action pursuant to 42 U.S.C. § 1983. This order addresses the pending motions (Dkt. Nos. 43, 44, 46, 48) and sets a briefing schedule.

**DISCUSSION**

On June 14, 2024, the Court screened the operative complaint (Dkt. No. 9), and found that the allegations that, on or about December 6, 2022, Plaintiff handed Salinas Valley State Prison ("SVSP") officer Gutierrez legal mail, defendant Gutierrez did not log the mail in the logbook; the legal mail was never sent out; and Plaintiff's case was dismissed as a result stated a cognizable First Amendment claim for denial of access to the courts and denial of Plaintiff's First Amendment right to send out mail. Dkt. No. 17. The Court ordered service on defendant Gutierrez and set a dispositive motion deadline of September 12, 2024. *Id.* That same day, in a separate order, the Court granted Plaintiff leave to proceed *in forma pauperis*. Dkt. No. 16.

On September 3, 2024, defendant Gutierrez appeared in this action and filed a waiver of reply and demand for jury trial. Dkt. No. 21. On September 18, 2024, the Court granted defendant Gutierrez an extension of time to January 11, 2025 to file his dispositive motion. Dkt. No. 24. On March 4, 2025, the Court granted defendant Gutierrez's request to revoke Plaintiff's

*in forma pauperis* status, finding that Plaintiff was barred from proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) because he had brought three actions that had been dismissed for failure to state a claim and because neither Plaintiff nor the operative complaint alleged that Plaintiff was in imminent danger of serious physical injury at the time he filed this action. Dkt. No. 32. The Court vacated the briefing schedule and ordered Plaintiff to pay the full filing and administrative fee by April 1, 2025 in order to proceed with this action. *Id.*

Despite the revocation of Plaintiff's *in forma pauperis* status and multiple court orders (Dkt. Nos. 34, 38), the prison trust account office continued to deduct monies from Plaintiff's trust account to pay for the filing fee obligation in this case. As of October 20, 2025, Plaintiff has satisfied his filing fee obligation. Dkt. No. 47. No further monies are due from Plaintiff for the filing fee in this case.

Because Plaintiff has satisfied his filing fee obligation, the Court DENIES as moot Plaintiff's request for an extension of time to pay the filing fee, Dkt. No. 43; Plaintiff's "Motion pay court filing fee," Dkt. No. 44; Plaintiff's "Motion for Defendants Requested for Dismissal," Dkt. No. 46; and Plaintiff's "Motion Request the right balance of court fee," Dkt. No. 48.

The Court sets the following briefing schedule. By January 23, 2026, defendant Gutierrez shall file his dispositive motion. Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon Defendant no later than 28 days from the date the motion is filed. Defendant Gutierrez shall file a reply brief in support of his dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

**CONCLUSION**

For the reasons set forth below, the Court ORDERS as follows.

1. The Court DENIES as moot Plaintiff's request for an extension of time to pay the filing fee, Dkt. No. 43; Plaintiff's "Motion pay court filing fee," Dkt. No. 44; Plaintiff's "Motion for Defendants Requested for Dismissal," Dkt. No. 46; and Plaintiff's "Motion Request the right balance of court fee," Dkt. No. 48.

2. By January 23, 2026, defendant Gutierrez shall file his dispositive motion.

2

Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon Defendant no later than 28 days from the date the motion is filed. Defendant Gutierrez shall file a reply brief in support of his dispositive motion no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

3. The Court ORDERS the prison trust account office to cease deducting monies from Plaintiff's trust account to pay for the filing fee obligation in this case. Plaintiff's filing fee obligation in this case has been satisfied. Dkt. No. 47. The Court ORDERS the Clerk to send a copy of this order and the docket sheet to the California Department of Corrections and Rehabilitation (CDCR) via email at trusthelpdesk@cdcr.ca.gov.

This order terminates Dkt. Nos. 43, 44, 46, 48.

**IT IS SO ORDERED.**

Dated: 10/23/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge